# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GARY LEON WEBSTER**                                                                                            **PLAINTIFF**
**ADC #114018**

v.                          Case No. 3:19-cv-00089-KGB

**SUN NEWSPAPER, f/k/a**
**Jonesboro Sun Newspaper,** *et al*.                                                       **DEFENDANTS**

## ORDER

Before the Court is plaintiff Gary Leon Webster's motion to extend time and notice of change of address (Dkt. No. 6). Mr. Webster requests an extension of time to file an application to proceed *in forma pauperis* (*Id.*, at 1).

In its Order from April 22, 2019, this Court ordered Mr. Webster to submit either (1) the statutory filing fee of $400.00; or (2) a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, with the required calculation sheet signed by an authorized official of the facility at which he is confined, within 30 days of April 22, 2019 (Dkt. No. 5, at 2). The Court also ordered the Clerk to send to Mr. Webster an Application to Proceed Without Prepayment of Fees and Affidavit and a filing fee calculation sheet (*Id.*). According to Mr. Webster's motion, he has a copy of the Application to Proceed Without Prepayment of Fees (Dkt. No. 6, at 1). Mr. Webster asserts that he has not been able to obtain the necessary signature from the administrative financial officer and requests additional time to file the Application to Proceed Without Prepayment of Fees (*Id.*). According to this Court's previous Order, Mr. Webster has until May 22, 2019, to file a properly completed Application to Proceed Without Prepayment of Fees and Affidavit, with the required calculation sheet signed by an authorized official of the facility at which he is confined. The Court grants Mr. Webster's motion for extension of time and

extends by 30 days, up to and including June 24, 2019, the time in which Mr. Webster has to comply with this Court's prior Order .

Mr. Webster also states that he was transferred from the Arkansas Department of Correction Tucker Unit to the Craighead County Detention Facility on April 25, 2019, for a jury trial to begin on April 29, 2019 (Dkt. No. 6, at 1). The Court directs the Clerk to update Mr. Webster's docket sheet in this matter with his current address. Because Mr. Webster is proceeding *pro se*, the Court reminds him that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to, among other things, notify promptly the Court and the other parties in the case of any change of address.

For these reasons, the Court grants Mr. Webster's motion to extend time and recognizes his notice of change of address.

So ordered this the 6th day of May, 2019.

_____
Kristine G. Baker
United States District Judge