# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GARY LEON WEBSTER**  PLAINTIFF
**ADC #114018**

v.  Case No. 3:19-cv-00089-KGB

**SUN NEWSPAPER, f/k/a**  DEFENDANTS
**Jonesboro Sun Newspaper,** *et al.*

## ORDER

Plaintiff Gary Leon Webster, an Arkansas Department of Correction inmate, has filed a notice of appeal with the United States Court of Appeals for the Eighth Circuit appealing the dismissal of his complaint (Dkt. No. 17), along with a motion for leave to appeal *in forma pauperis* (Dkt. No. 16). Because the Court, in its Order and Judgment dismissing the case (Dkt. Nos. 12, 13), certified that any appeal would be frivolous and not taken in good faith, the motion is denied.

It is therefore ordered that:

1. Mr. Webster's motion for leave to appeal *in forma pauperis* is denied (Dkt. No. 16).

2. Within 30 days of this Order's entry date, Mr. Webster must either:

    (a) pay to this Court the $505.00 appellate filing and docketing fees, making his remittance payable to "Clerk, United States District Court" and including: (1) his name, (2) his prison identification number, (3) the case number, and (4) that the remittance is for the appeal of the instant action; or

    (b) file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a)(1), (5).

3. Mr. Webster is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

It is so ordered this 19th day of December, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge